No. 1439. CENTRAL GULF STEAMSHIP CORP. *v.* GRACE LINE, INC. C. A. 5th Cir. Certiorari denied.

No. 1442. DEAN FOODS CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 1445. INSURANCE COMPANY OF NORTH AMERICA *v.* FIRST NATIONAL BANK OF DECATUR, FORMERLY NATIONAL BANK OF DECATUR. C. A. 7th Cir. Certiorari denied.

No. 1450. A/S J. LUDWIG MOWINCKELS REDERI *v.* DOW CHEMICAL CO. ET AL. Ct. App. N. Y. Certiorari denied.

No. 1457. NORTHERN ACCEPTANCE TRUST 1065 ET AL. *v.* GRAY, U. S. DISTRICT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1476. WRIGHT *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 1495. CIMINI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 1380. HORELICK ET AL. *v.* NEW YORK. C. A. 2d Cir. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1391. LASH, WARDEN *v.* EVANS. C. A. 7th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 229, Misc. GRAY *v.* FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.